# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONTE ROLAND HARRIS, | 1:08-cv-01064-TAG (HC) |
| Petitioner, | |
| vs. | ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS |
| DENNIS SMITH, | |
| Respondent. | |
| _____ / | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.  The petition will be screened in due course.

IT IS SO ORDERED.

Dated:   **August 18, 2008**                                                  **/s/ Theresa A. Goldner**
                                                                                        UNITED STATES MAGISTRATE JUDGE